In the Matter of the Application of HELEN BROOKS and 65 Others, Petitioners, Respondents, against PAUL J. KERN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission for the City of New York, and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HORTENSE LERNER, Respondent, v. BENJAMIN LERNER, Appellant.— Order unanimously modified by reducing alimony to the sum of fifty dollars per week and counsel fee to the sum of $350, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE TRUSTEES OF THE LEAKE & WATTS ORPHAN HOUSE IN THE CITY OF NEW YORK, Appellant, v. MARY ELIZABETH GOLDEN, as Executrix, etc., of BERNARD GOLDEN, Deceased, and Others, Defendants. OSCAR ARONSON, Attorney for IRVING MARCUS, as Receiver, Respondent.— Order, so far, as appealed from, unanimously modified by reducing amount of allowance for services to the sum of $100, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ALLAN L. MELHADO, Appellant, v. DOUGLASS M. BOMEISLER and Others, Respondents.— Order, so far as appealed from, unanimously modified by granting items 1, 2 and 3 of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of HAROLD A. FRIEDMAN and Others, Appellants, against PAUL J. KERN, President, and Others, Commissioners, Constituting the Civil Service Commission of the City of New York, and Another, Respondents. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See N. Y. L. J. Dec. 4, 1939, p. 1947.]

In the Matter of the Application of EMMA WILSON, Appellant, against WILLIAM F. CAREY, as Chairman of the Sanitary Commission and as Commissioner of the Department of Sanitation of the City of New York, and as Trustee and Treasurer of the Relief and Pension Fund of the Department of Street Cleaning of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.